# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH
## DEPOSIT OF UNCLAIMED FUNDS

| In re:          TANYA RAMBOZ                    Debtors. | CHAPTER # 7    CASE NO. 07-20110 |
|---|---|

The duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

**X** **A** The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the trustee, and the trustee stopped payment on said check(s), and/or

____**B** The check(s) listed below represent small dividends payable to the court pursuant to Bankruptcy Rule 3010.

**CREDITOR & ADDRESS (last known)**         **CHECK AMOUNT**
NAR                                          $50.66
10 W Broadway-Ste. 610
SLC, UT 84101

The address(es) listed above constitutes the last known address of the creditor(s) in question. The check(s) in the amount(s) of **$50.66** represent said unclaimed funds is/are payable to the U.S. Bankruptcy Court.

DATED this 18th day of January 2010.

_____/s/_____
Steven R. Bailey, Trustee